ERIC HILDEBRANDT; PAUL CHRISTIAN BURK; LAINA DUTTON; LAWRENCE LAMAINA; SAMANTHA LIBBY; EFTHIMIOS MARIAKAKIS; MICHAEL MCDONOUGH; LINDSEY FORBUS; EDWARD DIX; PETER FRANZONE; JOHN BERRY; RYAN MILLER; HANK SWANK; JOHN FERRAZZA; CHARLES TAYLOR; AJ HOLDERMAN; A Class of Similarly Situated Individuals; VIRGINIA LEE,

     Appellants

v.

SIPARADIGM LLC; HEALTH LYNKS LLC; AZIZ SAAD; John and Jane Does 1-10 (Fictitious persons Unknown At This Time); Abc Corps. 1-10; CHRIS WEIDMAN