Tyrone Blackburn, ESQ.
Attorney NJS-ID # 232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
(347) 342-7432
*Counsel for Plaintiffs'*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC HILDEBRANDT,<br>PAUL CHRISTIAN BURK,<br>LAINA DUTTON,<br>LAWRENCE LAMAINA,<br>SAMANTHA LIBBY,<br>VIRGINIA LEE,<br>EFTHIMIOS MARIAKAKIS,<br>MICHAEL MCDONOUGH,<br>LINDSEY FORBUS,<br>EDWARD DIX,<br>PETER FRANZONE,<br>JOHN BERRY,<br>RYAN MILLER,<br>HANK SWANK,<br>JOHN FERRAZZA,<br>CHARLES TAYLOR,<br>AJ HOLDERMAN, and<br>*A class of similarly situated individuals*<br>          Plaintiff,<br>-against-<br><br>SIPARADIGM DIAGNOSTICS INFORMATICS,<br>HEALTH LYNKS, LLC.,<br>AZIZ SAAD,<br>CHRIS WEIDMAN,<br>JOHN and JANE DOES 1-10,<br>and ABC CORPS. 1-10<br>          Defendants. | Case No. 2:23-cv-21835<br><br>Notice of Appeal |

Notice is hereby given that Plaintiffs Eric Hildebrandt et al. hereby appeal to the United States Court of Appeals for the Third Circuit from the final Order entered in this action on February 18, 2026 (ECF No. 67), which dismissed Plaintiffs' claims with prejudice, as well as from the Opinion and Order entered on December 31, 2025 (ECF Nos. 59, 60), and all other adverse orders and rulings subsumed therein.

**Dated**: March 20, 2026
New York, New York

/s/*Tyrone A. Blackburn, Esq.*
      Tyrone A. Blackburn, Esq.