UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **26-1628**

Hildebrandt v. Siparadigm Diagnostics Informatics
(D.N.J. No. 2:23-cv-21835)

**ORDER**

To facilitate electronic filing for larger groups of parties represented by the same attorney, the first named party in each group will be the designated filer, as follows:

For all parties represented by Tyrone Blackburn, Esq., or any other attorney from T.A. Blackburn Law, PLLC, the designated filer shall be Eric Hildebrandt.

Counsel is advised that the designated filer is for cm/ecf filing purposes only.  Names of all represented parties must be listed on all forms, motions, and briefs.  Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: March 24, 2026
Lmr/cc: All Counsel of Record