**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
**NO. 26-1628**

| | |
|---|---|
| ERIC HILDEBRANDT, et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>SIPARADIGM LLC; HEALTH LYNKS, LLC; MOHAMMED KHAN; AZIZ SAAD; JOHN and JANE DOES 1-10; and ABC CORPS. 1-10;<br><br>        Defendants - Appellees. | Third Circuit No. 26-1628<br><br>District of New Jersey Civil Action No.: 2:23-cv-21835-MDA-LDW<br><br>***Document Electronically Filed***<br><br><br>**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS-APPELLEES** |

In accordance with Fed. R. Civ. P. 7.1(b)(2), the undersigned counsel for Defendants-Appellees certifies as follows:

1. Defendant / Appellee siParadigam Diagnostics Informatics is the trade name for siParadigm, LLC, a non-governmental entity. Defendant / Appellee certifies that it does not have a parent corporation and there is no publicly held corporation owning 10% or more of its stock.  Defendant / Appellee is a New Jersey limited liability company with a principal place of business in New Jersey. The following individuals are members of SiParadigm, LLC:

   - Dr. Sherif Nasr – resident of New Jersey

   - Dr. Randa Nasr – resident of New Jersey

   - Mazen Qumsiyeh – upon information and belief, resident of the West Bank

   - Dr. Maha Elsakka – resident of New Jersey

2. Defendant / Appellee Health Lynks LLC is a non-governmental entity. Defendant / Appellee certifies that Health Lynks LLC does not have a parent corporation and there is no publicly held corporation owning 10% or more of its stock. Defendant / Appellee certifies that that Health Lynks LLC is a Wyoming limited liability company with a principal place of business in Wyoming. The following individuals are members of Health Lynks LLC:

- Dr. Sherif Nasr – resident of New Jersey

- Dr. Randa Nasr – resident of New Jersey

- Mazen Qumsiyeh – upon information and belief, resident of the West Bank

- Dr. Maha Elsakka – resident of New Jersey

Dated: March 27, 2026

**DONNELLY KELLY BLACKWELL & GALLIGAN, LLC**

By:     /s/ *Joseph P. Fiteni*
Joseph P. Fiteni
jfiteni@dkbglaw.com

163 Madison Avenue, Suite 320
Morristown, New Jersey 07960
(973) 200-6389

*Attorneys for Defendants / Appellees*