

JOSEPH P. FITENI
DIRECT DIAL (973) 200-6389
JFITENI@DKBGLAW.COM

June 22, 2026

**VIA ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106-1790

> **Re:   Eric Hildebrandt, et al. v. SiParadigm LLC; et al.**
> **Third Circuit Docket #: 26-1628**
> **Originating Court: U.S.D.C., District of New Jersey Case No. 2:23-cv-21835**

Dear Sir / Madam,

This office represents Appellees, SiParadigm LLC, Health Lynks, LLC, Chris Weidman and Aziz Saad, in the above-referenced matter. On May 18, 2026, the Court issued a Briefing Notice setting deadlines of June 29, 2026, for Appellants' Brief, and July 29, 2026, for Appellees' Brief.

However, on March 24, 2026, the Court issued an Order staying this appeal pending disposition of a motion for reconsideration of the District Court's Order filed in the underlying matter. The motion for reconsideration remains pending and has not yet been decided by the District Court.

Accordingly, to avoid the potentially unnecessary time and expense for all parties and the Court, we respectfully request the Court adjourn the current briefing schedule, and set new briefing deadlines following the District Court's ruling on the motion for reconsideration. Undersigned counsel for Appellees will provide the required update to this Court upon receipt of the District Court's decision.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Joseph P. Fiteni*

JOSEPH P. FITENI

Cc:   Tyrone Blackburn, Esq.
      *(via ECF)*



163 Madison Avenue, Suite 320
Morristown, NJ 07960
Tel: 973.200.6400
Fax: 973.200.6401
dkbglaw.com

48 Wall Street, 11th Floor
New York, New York 10005
Tel: 212.537.9125
Fax: 212.537.9198
dkbglaw.com