# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1628

Eric Hildebrandt, et al v. Siparadigm LLC, et al

(U.S. District Court No.: 2:23-cv-21835)

## ORDER

It is hereby ORDERED that the Briefing and Scheduling Order issued on 05/18/2026 is vacated as having been issued in error. A new briefing schedule will issue at the appropriate time.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    June 24, 2026
LMR/cc:    Tyrone A. Blackburn, Esq.
Joseph P. Fiteni, Esq.